UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

In Re: §
§
§
F & S Associates Limited Partnership § Case No. 19-14947
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MERRILL COHEN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 44,412.47 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 641,271.75 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 83,528.25 | |

3) Total gross receipts of $724,800.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $724,800.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,398,943.75 | $2,300,001.77 | $2,304,697.84 | $334,873.03 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 43,251.48 | 43,251.48 | 43,251.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 40,276.77 | 40,276.77 | 40,276.77 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 7,048.61 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 37,992.00 | 13,741,717.71 | 13,741,717.71 | 306,398.72 |
| **TOTAL DISBURSEMENTS** | $2,443,984.36 | $16,125,247.73 | $16,129,943.80 | $724,800.00 |

4) This case was originally filed under chapter 11 on 04/11/2019, and it was converted to chapter 7 on 07/02/2020. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/05/2021              By:/s/MERRILL COHEN, TRUSTEE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 9190 Red Branch Road, Columbia, MD 21045 | 1121-000 | 700,000.00 |
| Settlement of claim against AN&J Family Trust | 1249-000 | 24,800.00 |
| **TOTAL GROSS RECEIPTS** | | **$724,800.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Howard County Office of Law | | 17,513.00 | NA | NA | 0.00 |
| | Howard County Office of Law | | 20,000.00 | NA | NA | 0.00 |
| | Martel Holdings | | 62,500.00 | NA | NA | 0.00 |
| | McCready Holdings LLC | | 187,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Oakland Ridge Industrial Center Assocs | | 1,430.75 | NA | NA | 0.00 |
| | Red Branch Limited Partnership | | 1,910,000.00 | NA | NA | 0.00 |
| | Samjord Partners | | 200,000.00 | NA | NA | 0.00 |
| 5 | Howard County, Maryland | 4110-000 | NA | 17,958.28 | 17,958.28 | 0.00 |
| | Martel Holdings, LLC c/o Michael S. Botsaris, Esq. | 4110-000 | NA | 108,711.83 | 108,711.83 | 108,711.83 |
| 4 | Red Branch Limited Partnership | 4110-000 | NA | 1,951,866.53 | 1,951,866.53 | 0.00 |
| | SAMJORD PARTNERS, LLC | 4110-000 | NA | 200,000.00 | 200,000.00 | 200,000.00 |
| 2 | Oakland Ridge Industrial Corporation | 4120-000 | NA | 1,465.13 | 1,661.20 | 1,661.20 |
| 3 | Howard County, Maryland | 4700-000 | NA | 20,000.00 | 24,500.00 | 24,500.00 |
| TOTAL SECURED CLAIMS | | | $2,398,943.75 | $2,300,001.77 | $2,304,697.84 | $334,873.03 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MERRILL COHEN | 2100-000 | NA | 39,490.00 | 39,490.00 | 39,490.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MERRILL COHEN | 2200-000 | NA | 131.21 | 131.21 | 131.21 |
| U.S. Trustee | 2950-000 | NA | 1,950.27 | 1,950.27 | 1,950.27 |
| COHEN, BALDINGER & GREENFELD | 3110-000 | NA | 1,680.00 | 1,680.00 | 1,680.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $43,251.48 | $43,251.48 | $43,251.48 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Attorney for Trustee Fees (Trustee Firm): COHEN, BALDINGER & GREENFELD | 6110-000 | NA | 276.77 | 276.77 | 276.77 |
| Other Prior Chapter Professional Fees: G&E Real Estate, Inc. d/b/a Newmark Knight Frank | 6700-000 | NA | 40,000.00 | 40,000.00 | 40,000.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $NA | $40,276.77 | $40,276.77 | $40,276.77 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS | | 4,680.00 | NA | NA | 0.00 |
| | IRS | | 1,957.49 | NA | NA | 0.00 |
| | IRS | | 411.12 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $7,048.61 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Columbia Association | | 37,992.00 | NA | NA | 0.00 |
| 1A | DEPARTMENT OF THE TREASURY | 7100-000 | NA | 572.01 | 572.01 | 572.01 |
| 21 | 9033 Red Branch Road, Llc | 7200-000 | NA | 229,118.94 | 229,118.94 | 5,105.60 |
| 25 | 9199 Red Branch Road, Llc | 7200-000 | NA | 26,730.60 | 26,730.60 | 595.65 |
| 26 | An&J Family Trust | 7200-000 | NA | 1,407,310.32 | 1,407,310.32 | 31,359.95 |
| 10 | College Park Investments, Llc | 7200-000 | NA | 105,085.27 | 105,085.27 | 2,341.68 |
| 7 | Columbia Association, Inc. | 7200-000 | NA | 48,435.67 | 48,435.67 | 1,079.32 |
| 20 | Oak Run I Limited Partnership | 7200-000 | NA | 197,161.82 | 197,161.82 | 4,393.48 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Sanford Homes, Llc | 7200-000 | NA | 3,098.73 | 3,098.73 | 69.05 |
| 24 | Sanford Title Services, Llc | 7200-000 | NA | 141,876.87 | 141,876.87 | 3,161.53 |
| 8 | Stein Properties, Inc. | 7200-000 | NA | 140,209.74 | 140,209.74 | 3,124.38 |
| 12 | The Sanford Companies, Inc. | 7200-000 | NA | 8,084,087.71 | 8,084,087.71 | 180,142.70 |
| 15 | Tsc Magothy Associates Limited Partnership | 7200-000 | NA | 204,453.73 | 204,453.73 | 4,555.97 |
| 23 | Tsc Real Estate Services, Llc | 7200-000 | NA | 4,465.00 | 4,465.00 | 99.50 |
| 17 | Tsc/Dorsey Road Llc | 7200-000 | NA | 78,071.69 | 78,071.69 | 1,739.72 |
| 14 | Tsc/Flowers Road, Llc | 7200-000 | NA | 9,511.60 | 9,511.60 | 211.95 |
| 18 | Tsc/Hilltop Road, Llc | 7200-000 | NA | 450.00 | 450.00 | 10.03 |
| 9 | Tsc/Nesters Landing Llc | 7200-000 | NA | 61,734.60 | 61,734.60 | 1,375.67 |
| 22 | Tsc/Pumphouse Road, Llc | 7200-000 | NA | 49,328.85 | 49,328.85 | 1,099.23 |
| 19 | Tsc/Rapidan, Llc | 7200-000 | NA | 59,216.92 | 59,216.92 | 1,319.57 |
| 11 | U.S. Financial Capital, Inc. | 7200-000 | NA | 2,833,252.77 | 2,833,252.77 | 63,135.12 |
| 16 | Usf Facilities Services, Llc | 7200-000 | NA | 40,684.87 | 40,684.87 | 906.61 |
| 1B | DEPARTMENT OF THE TREASURY | 7300-000 | NA | 16,860.00 | 16,860.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $37,992.00 | $13,741,717.71 | $13,741,717.71 | $306,398.72 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 19-14947 | TJC | Judge: | Thomas J. Catliota | Trustee Name: | MERRILL COHEN, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | F & S Associates Limited Partnership | | | | Date Filed (f) or Converted (c): | 07/02/2020 (c) |
| | | | | | 341(a) Meeting Date: | 07/21/2020 |
| For Period Ending: | 03/05/2021 | | | | Claims Bar Date: | 09/10/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Settlement of claim against AN&J Family Trust (u) | 0.00 | 24,800.00 | | 24,800.00 | FA |
| 2. Sec. Deposit paid by Roberto Giovanni Gonzales II | 195.83 | 195.83 | | 0.00 | FA |
| 3. Sec. Deposit paid by Kenneth Kawera | 750.00 | 750.00 | | 0.00 | FA |
| 4. Sec. Deposit paid by Silverstone Associates | 194.25 | 194.25 | | 0.00 | FA |
| 5. Sec. Deposit paid by Roll Up N Dye | 400.00 | 400.00 | | 0.00 | FA |
| 6. Sec. Deposit paid by Elite SFN | 820.65 | 820.65 | | 0.00 | FA |
| 7. Sec. Deposit paid by Premium Synergy | 461.00 | 461.00 | | 0.00 | FA |
| 8. Sec. Deposit paid by Air Land Water | 165.50 | 165.50 | | 0.00 | FA |
| 9. 9190 Red Branch Road, Columbia, MD 21045 | 3,800,000.00 | 365,128.00 | | 700,000.00 | FA |
| 10. Unpaid Rent claim against Premium Synergy (tenant) | 1,383.00 | 1,383.00 | | 0.00 | FA |
| 11. Unpaid Rent claim against Levi's Group (tenant) | 11,680.50 | 11,680.50 | | 0.00 | FA |
| 12. Unpaid Rent claim against Charles Dorsey (tenant) | 25,025.74 | 25,025.74 | | 0.00 | FA |
| 13. Unpaid Rent claim against Brian Carey ( former tenant) | 3,336.00 | 3,336.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $3,844,412.47   $434,340.47   $724,800.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP #   9   --   The property was sold during the Chapter case.  The debtor retained a Promissory Note in the amount of $808,000 for the balance of thepurchase price.  Per Court Order 9.3.20, the $808,000 Note was settled for $700,000.

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 8

**FORM 2**

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 19-14947  
Case Name: F & S Associates Limited Partnership  
Taxpayer ID No: XX-XXX1196  
For Period Ending: 03/05/2021  

Trustee Name: MERRILL COHEN, TRUSTEE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0363  
Checking  
Blanket Bond (per case limit): $3,000,000.00  
Separate Bond (if applicable):  

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/23/20 | 1 | TSC/Dorsey Run Road - Jessup LLC | SETTLEMENT OF CLAIM Refund of DIP funds from TSC/Dorsey Run Road per court order 9.22.20 | 1249-000 | $24,800.00 | | $24,800.00 |
| 10/07/20 | 3001 | Oakland Ridge Industrial Corporation C/O Kathleen M. Elmore, Esquire Elmore & Throop, P.C. P. O. Box 1473 Severna Park, Maryland 21146 | Distribution Reversal | 4120-000 | | ($1,661.20) | $26,461.20 |
| 10/07/20 | 9 | Nichols Contracting | PROCEEDS FROM SALE OF REAL PROPERTY | 1121-000 | $700,000.00 | | $726,461.20 |
| 10/07/20 | 3001 | Oakland Ridge Industrial Corporation C/O Kathleen M. Elmore, Esquire Elmore & Throop, P.C. P. O. Box 1473 Severna Park, Maryland 21146 | Distribution | 4120-000 | | $1,661.20 | $724,800.00 |
| 10/07/20 | 3002 | Oakland Ridge Industrial Corporation C/O Kathleen M. Elmore, Esquire Elmore & Throop, P.C. P. O. Box 1473 Severna Park, Maryland 21146 | Distribution | 4120-000 | | $1,661.20 | $723,138.80 |
| 10/07/20 | 3003 | Howard County, Maryland C/O Howard County Office Of Law 3450 Court House Drive Ellicott City, Md 21043 | Distribution | 4700-000 | | $24,500.00 | $698,638.80 |
| 10/07/20 | 3004 | SAMJORD PARTNERS, LLC | Distribution | 4110-000 | | $200,000.00 | $498,638.80 |
| 10/07/20 | 3005 | Martel Holdings, LLC c/o Michael S. Botsaris, Esq. | Distribution | 4110-000 | | $108,711.83 | $389,926.97 |
| 10/29/20 | 3006 | G&E Real Estate, Inc. d/b/a Newmark Knight Frank c/o Cris Abramson One East Pratt Street Suite 805 Baltimore, MD 21202 | REAL ESTATE COMMISSION Per Court Order 1.14.2020 | 6700-000 | | $40,000.00 | $349,926.97 |

Page Subtotals: $724,800.00    $374,873.03

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 19-14947 | Trustee Name: | MERRILL COHEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | F & S Associates Limited Partnership | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0363 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1196 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 03/05/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/11/21 | 3007 | MERRILL COHEN<br>COHEN, BALDINGER & GREENFELD, LLC<br>2600 TOWER OAKS BLVD., SUITE 290<br>ROCKVILLE, MD  20852 | Distribution | | | $39,621.21 | $310,305.76 |
| | | MERRILL COHEN | Final distribution creditor account # representing a payment of 100.00 % per court order. ($39,490.00) | 2100-000 | | | |
| | | MERRILL COHEN | Final distribution creditor account # representing a payment of 100.00 % per court order. ($131.21) | 2200-000 | | | |
| 02/11/21 | 3008 | U.S. Trustee<br>6305 Ivy Lane Suite 600<br>Greenbelt, Md 20770 | Final distribution to claim 6 creditor account # representing a payment of 100.00 % per court order. | 2950-000 | | $1,950.27 | $308,355.49 |
| 02/11/21 | 3009 | COHEN, BALDINGER & GREENFELD<br>COHEN<br>BALDINGER & GREENFELD | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3110-000 | | $1,680.00 | $306,675.49 |
| 02/11/21 | 3010 | COHEN, BALDINGER & GREENFELD<br>COHEN<br>BALDINGER & GREENFELD, LLC | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6110-000 | | $276.77 | $306,398.72 |
| 02/11/21 | 3011 | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Final distribution to claim 1 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $572.01 | $305,826.71 |
| 02/11/21 | 3012 | Columbia Association, Inc.<br>Dla Piper Llp (Us)<br>Attn,: Edward S. Scheideman, Esq.<br>500 8Th Street, N.W.<br>Washington, Dc 20004 | Final distribution to claim 7 creditor account # representing a payment of 2.23 % per court order. | 7200-000 | | $1,079.32 | $304,747.39 |
| 02/11/21 | 3013 | Stein Properties, Inc.<br>C/O Merrill Cohen, Trustee<br>2600 Tower Oaks Blvd., #290<br>Rockville, Md 20852 | Final distribution to claim 8 creditor account # representing a payment of 2.23 % per court order. | 7200-000 | | $3,124.38 | $301,623.01 |

Page Subtotals: $0.00   $48,303.96

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 19-14947 | | Trustee Name: | MERRILL COHEN, TRUSTEE |
| Case Name: | F & S Associates Limited Partnership | | Bank Name: | Axos Bank |
| | | | Account Number/CD#: | XXXXXX0363 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1196 | | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 03/05/2021 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/11/21 | 3014 | Tsc/Nesters Landing Llc<br>C/O Merrill Cohen, Trustee<br>2600 Tower Oaks Blvd., #290<br>Rockville, Md 20852 | Final distribution to claim 9 creditor account # representing a payment of 2.23 % per court order. | 7200-000 | | $1,375.67 | $300,247.34 |
| 02/11/21 | 3015 | College Park Investments, Llc<br>C/O Merrill Cohen, Trustee<br>2600 Tower Oaks Blvd., #290<br>Rockville, Md 20852 | Final distribution to claim 10 creditor account # representing a payment of 2.23 % per court order. | 7200-000 | | $2,341.68 | $297,905.66 |
| 02/11/21 | 3016 | U.S. Financial Capital, Inc.<br>C/O Merrill Cohen, Trustee<br>2600 Tower Oaks Blvd., #290<br>Rockville, Md 20852 | Final distribution to claim 11 creditor account # representing a payment of 2.23 % per court order. | 7200-000 | | $63,135.12 | $234,770.54 |
| 02/11/21 | 3017 | The Sanford Companies, Inc.<br>C/O Alan M. Grochal<br>Tydings & Rosenberg, Llp<br>One East Pratt Street, Suite 901<br>Baltimore, Md 21202 | Final distribution to claim 12 creditor account # representing a payment of 2.23 % per court order. | 7200-000 | | $180,142.70 | $54,627.84 |
| 02/11/21 | 3018 | Sanford Homes, Llc<br>C/O Alan M. Grochal<br>Tydings & Rosenberg, Llp<br>One East Pratt Street, Suite 901<br>Baltimore, Md 21202 | Final distribution to claim 13 creditor account # representing a payment of 2.23 % per court order. | 7200-000 | | $69.05 | $54,558.79 |
| 02/11/21 | 3019 | Tsc/Flowers Road, Llc<br>C/O Alan M. Grochal<br>Tydings & Rosenberg, Llp<br>One East Pratt Street, Suite 901<br>Baltimore, Md 21202 | Final distribution to claim 14 creditor account # representing a payment of 2.23 % per court order. | 7200-000 | | $211.95 | $54,346.84 |
| 02/11/21 | 3020 | Tsc Magothy Associates Limited Partnership<br>C/O Alan M. Grochal<br>Tydings & Rosenberg, Llp<br>One East Pratt Street, Suite 901<br>Baltimore, Md 21202 | Final distribution to claim 15 creditor account # representing a payment of 2.23 % per court order. | 7200-000 | | $4,555.97 | $49,790.87 |
| 02/11/21 | 3021 | Usf Facilities Services, Llc<br>C/O Alan M. Grochal<br>Tydings & Rosenberg, Llp<br>One East Pratt Street, Suite 901<br>Baltimore, Md 21202 | Final distribution to claim 16 creditor account # representing a payment of 2.23 % per court order. | 7200-000 | | $906.61 | $48,884.26 |
| | | | Page Subtotals: | | $0.00 | $252,738.75 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 19-14947 | Trustee Name: | MERRILL COHEN, TRUSTEE |
| Case Name: | F & S Associates Limited Partnership | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0363 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1196 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 03/05/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/11/21 | 3022 | Tsc/Dorsey Road Llc<br>C/O Alan M. Grochal<br>Tydings & Rosenberg, Llp<br>One East Pratt Street, Suite 901<br>Baltimore, Md 21202 | Final distribution to claim 17 creditor account # representing a payment of 2.23 % per court order. | 7200-000 | | $1,739.72 | $47,144.54 |
| 02/11/21 | 3023 | Tsc/Hilltop Road, Llc<br>C/O Alan M. Grochal<br>Tydings & Rosenberg, Llp<br>One East Pratt Street, Suite 901<br>Baltimore, Md 21202 | Final distribution to claim 18 creditor account # representing a payment of 2.23 % per court order. | 7200-000 | | $10.03 | $47,134.51 |
| 02/11/21 | 3024 | Tsc/Rapidan, Llc<br>C/O Alan M. Grochal<br>Tydings & Rosenberg, Llp<br>One East Pratt Street, Suite 901<br>Baltimore, Md 21202 | Final distribution to claim 19 creditor account # representing a payment of 2.23 % per court order. | 7200-000 | | $1,319.57 | $45,814.94 |
| 02/11/21 | 3025 | Oak Run I Limited Partnership<br>C/O Alan M. Grochal<br>Tydings & Rosenberg, Llp<br>One East Pratt Street, Suite 901<br>Baltimore, Md 21202 | Final distribution to claim 20 creditor account # representing a payment of 2.23 % per court order. | 7200-000 | | $4,393.48 | $41,421.46 |
| 02/11/21 | 3026 | 9033 Red Branch Road, Llc<br>C/O Alan M. Grochal<br>Tydings & Rosenberg, Llp<br>One East Pratt Street, Suite 901<br>Baltimore, Md 21202 | Final distribution to claim 21 creditor account # representing a payment of 2.23 % per court order. | 7200-000 | | $5,105.60 | $36,315.86 |
| 02/11/21 | 3027 | Tsc/Pumphouse Road, Llc<br>C/O Alan M. Grochal<br>Tydings & Rosenberg, Llp<br>One East Pratt Street, Suite 901<br>Baltimore, Md 21202 | Final distribution to claim 22 creditor account # representing a payment of 2.23 % per court order. | 7200-000 | | $1,099.23 | $35,216.63 |
| 02/11/21 | 3028 | Tsc Real Estate Services, Llc<br>C/O Alan M. Grochal<br>Tydings & Rosenberg, Llp<br>One East Pratt Street, Suite 901<br>Baltimore, Md 21202 | Final distribution to claim 23 creditor account # representing a payment of 2.23 % per court order. | 7200-000 | | $99.50 | $35,117.13 |
| 02/11/21 | 3029 | Sanford Title Services, Llc<br>C/O Alan M. Grochal<br>Tydings & Rosenberg, Llp<br>One East Pratt Street, Suite 901<br>Baltimore, Md 21202 | Final distribution to claim 24 creditor account # representing a payment of 2.23 % per court order. | 7200-000 | | $3,161.53 | $31,955.60 |
| | | | Page Subtotals: | | $0.00 | $16,928.66 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 19-14947 | Trustee Name: | MERRILL COHEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | F & S Associates Limited Partnership | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0363 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1196 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 03/05/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/11/21 | 3030 | 9199 Red Branch Road, Llc<br>C/O Alan M. Grochal<br>Tydings & Rosenberg, Llp<br>One East Pratt Street, Suite 901<br>Baltimore, Md 21202 | Final distribution to claim 25 creditor account # representing a payment of 2.23 % per court order. | 7200-000 | | $595.65 | $31,359.95 |
| 02/11/21 | 3031 | An&J Family Trust<br>C/O Alan M. Grochal<br>Tydings & Rosenberg, Llp<br>One East Pratt Street, Suite 901<br>Baltimore, Md 21202 | Final distribution to claim 26 creditor account # representing a payment of 2.23 % per court order. | 7200-000 | | $31,359.95 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $724,800.00 | $724,800.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $724,800.00 | $724,800.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $724,800.00 | $724,800.00 |

Page Subtotals: $0.00   $31,955.60

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0363 - Checking | $724,800.00 | $724,800.00 | $0.00 |
| | $724,800.00 | $724,800.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $724,800.00 |
| Total Gross Receipts: | $724,800.00 |

Page Subtotals:    $0.00    $0.00